394 U.S. 718
 89 S.Ct. 1469
 22 L.Ed.2d 673
 ESTES EXPRESS LINES et al.
v.
UNITED STATES et al.
 No. 1121.
 Supreme Court of the United States
 April 21, 1969
 
 Harry J. Jordan, for appellants.
 Solicitor General Griswold, Assistant Attorney General McLaren, Robert W. Ginnane and Raymond M. Zimmet, for the United States and others.
 William H. Marx and H. Merrill Pasco, for appellee Railway Express Agency, Inc.
 PER CURIAM.
 
 
 1
 The motions to affirm are granted and the judgment is affirmed.